| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| | Chris Carson, Esq., SBN 280048 |
| 2 | Ray Ballister, Jr., Esq., SBN 111282 |
| | Phyl Grace, Esq., SBN 171771 |
| 3 | Dennis Price, Esq., SBN 279082 |
| | Mail: PO Box 262490 |
| 4 | San Diego, CA 92196-2490 |
| | Delivery: 9845 Erma Road, Suite 300 |
| 5 | San Diego, CA 92131 |
| | (858) 375-7385; (888) 422-5191 fax |
| 6 | phylg@potterhandy.com |
| | Attorneys for Plaintiff |
| 7 | |
| 8 | WAYNE C. ARNOLD |
| | warnold@lurie-zepeda.com |
| 9 | LURIE, ZEPEDA, SCHMALZ, HOGAN & MARTIN |
| | Century City: |
| 10 | 1875 Century Park East, Suite 2100 |
| | Los Angeles, CA 90067 |
| 11 | Irvine: |
| | 2030 Main, Suite 1300 |
| 12 | Irvine, CA 92614 |
| | Telephone: (310) 274-8700/ Facsimile: (310) 274-2798 |
| 13 | Attorney for Defendant, Thrifty Payless, Inc. |
| 14 | Daniel R. Salas, Esq. (SBN 67389) |
| | Bobby B. Ashrafi, Esq. (SBN 253442) |
| 15 | Adrian Cavallini, Esq. (SBN 311692) |
| | BOSS LAW FIRM, APLC |
| 16 | 409 Camino del Rio South, Suite 201 |
| | San Diego, CA 92108 |
| 17 | Telephone: (619) 234-1776/ Facsimile: (858) 444-3817 |
| | Attorneys for Defendant, Laura Worchell, individually and as Trustee |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG, | Case No.: 2:18-CV-02988-JFW-AFM |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | |
| LAURA WORCHELL, in individual and representative capacity as trustee; THRIFTY PAYLESS, INC., a California Corporation; and Does 1-10, | |
| Defendants. | |

The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Dated: June 27, 2018                              CENTER FOR DISABILITY ACCESS

                                                               By: /s/ Phyl Grace
                                                                     Phyl Grace
                                                                     Attorneys for Plaintiff

Dated: June 27, 2018                              LURIE, ZEPEDA, SCHMALZ, HOGAN & MARTIN

                                                               By: /s/ Wayne C. Arnold
                                                                     Wayne C. Arnold
                                                                     Attorney for Defendant
                                                                     Thrifty Payless, Inc.

Dated: June 27, 2018                              BOSS LAW FIRM, APLC

                                                               By: /s/ Adrian Cavallini
                                                                     Daniel R. Salas
                                                                     Bobby B. Ashrafi
                                                                     Adrian Cavallini
                                                                     Attorneys for Defendant
                                                                     Laura Worchell, individually and as Trustee

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Wayne C. Arnold and Adrian Cavallini, counsel for Thrifty Payless, Inc. and Laura Worchell, respectively, and that I have obtained Mr. Arnold's and Mr. Cavallini's authorization to affix their electronic signature to this document.

Dated: June 27, 2018              CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
     Phyl Grace
     Attorney for Plaintiff