CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

WAYNE C. ARNOLD
warnold@lurie-zepeda.com
LURIE, ZEPEDA, SCHMALZ, HOGAN & MARTIN
Century City:
1875 Century Park East, Suite 2100
Los Angeles, CA 90067
Irvine:
2030 Main, Suite 1300
Irvine, CA 92614
Telephone: (310) 274-8700/ Facsimile: (310) 274-2798
Attorney for Defendant, Thrifty Payless, Inc.

Daniel R. Salas, Esq. (SBN 67389)
Bobby B. Ashrafi, Esq. (SBN 253442)
Adrian Cavallini, Esq. (SBN 311692)
BOSS LAW FIRM, APLC
409 Camino del Rio South, Suite 201
San Diego, CA 92108
Telephone: (619) 234-1776/ Facsimile: (858) 444-3817
Attorneys for Defendant, Laura Worchell, individually and as Trustee

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LAURA WORCHELL, in individual and representative capacity as trustee; THRIFTY PAYLESS, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:18-CV-02988-JFW-AFM<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: August 9, 2018        CENTER FOR DISABILITY ACCESS

                                          By: /s/ Phyl Grace
                                                   Phyl Grace
                                                   Attorneys for Plaintiff

Dated: August 9, 2018        LURIE, ZEPEDA, SCHMALZ, HOGAN & MARTIN

                                          By: /s/ Wayne C. Arnold
                                                 Wayne C. Arnold
                                                 Attorney for Defendants
                                                 Thrifty Payless, Inc.

Dated: August 9, 2018        BOSS LAW FIRM, APLC

                                          By: /s/ Adrian Cavallini
                                                 Daniel R. Salas
                                                 Bobby B. Ashrafi
                                                 Adrian Cavallini
                                                 Attorneys for Defendant
                                                 Laura Worchell, individually and as Trustee

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Wayne C. Arnold and Adrian Cavallini, counsel for Thrifty Payless, Inc. and Laura Worchell, respectively, and that I have obtained Mr. Arnold's and Mr. Cavallini authorization to affix their electronic signature to this document.

Dated: August 9, 2018     CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff